UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DINEEN CHERYLANN ETIENNE, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NORTH CAROLINA DEPT. OF )<br>ADMINISTRATION, MACHELLE )<br>SANDERS, JOSH STEIN, and ROY )<br>COOPER, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:24-CV-468-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R [D.E. 16] and DISMISSES WITHOUT PREJUDICE Etienne's complaint [D.E. 1]. The clerk SHALL close the case.

This Judgment filed and entered on April 2, 2025, and copies to:
Dineen Cherylann Etienne          (via CM/ECF electronic notification)

April 2, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk